

# Fourth Court of Appeals
## San Antonio, Texas

September 16, 2020

No. 04-20-00459-CV

Nicholas **MARTINI,**
Appellant

v.

Carla **HILEMAN-MARTINI,**
Appellee

From the County Court, Jim Wells County, Texas
Trial Court No. 18-09-58710-CV
Honorable Michael Ventura Garcia, Judge Presiding

# O R D E R

Appellant's notice of restricted appeal was due on August 31, 2020, and a motion for extension of time to file the notice of appeal was due on September 15, 2020. On September 15, 2020, appellant filed a motion for extension of time with the notice of appeal attached.

We GRANT appellant's motion for an extension of time and accept appellant's notice of appeal. The docketing statement is due September 25, 2020, and the clerk's record and reporter's record are due October 16, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of September, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court